SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff;<br><br>    vs.<br><br>Greenback San Juan Associates, L.P.,<br><br>        Defendant. | Case No. **2:11-cv-00901-MCE-KJN**<br><br>**ORDER RE: PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than March 8, 2012.

Dated:   February 22, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE

DISPOSITIONAL DOCUMENTS

CIV: S-11-cv-00901-MCE-KJN- 1