Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile (916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

    Plaintiff;

  vs.

Greenback San Juan Associates, L.P.,

    Defendant.

Case No. **2:11-cv-00901-MCE-KJN**

**ORDER RE: REQUEST FOR DISMISSAL**

IT IS SO ORDERED THAT the above-entitled action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). The matter having been resolved in its entirety, the Clerk of Court is hereby directed to close the file.

Dated: May 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE